

Heath S. Berger
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie˙+
Steven E. Shumer

Karen Flanzenbaum
Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub
Jennifer M. Vilca

Senior Counsel:

Jeffrey L. Wechsler
Joel G. Wexler

also admitted in New Jersey*
also admitted in District of Columbia+

6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 516.740.0887

Reply to Syosset Office

June 20, 2025

VIA ECF TO:

Hon. Judge Nusrat J. Choudhury
United States District Court
Esaster District of New York
100 Federal Plaza
Central Islip, NY 11722

     Re: Kathleen McCauley v. Vincent Camarda, et al.
       24-cv-04943 (NJC)(ST)

Hon. Judge Choudhury:

 We represent the Defendants in the above referenced action. This letter is submitted in response to the May 21, 2025, letter from opposing counsel, deemed a pre motion letter by the Court, seeking to amend the complaint and add Anthony Zingeralli as a defendant. Pursuant to the Court's order of June 16, 2025, this letter response was to be filed by June 19, 2025. However, due to the 19th being a federal holiday, this letter is being submitted on June 20, 2025.

 Defendants object to the letter application insofar as such letter attempts to introduce factual statements without proof. Any monies allegedly transferred to Texas Capital were made in furtherance of Plaintiff's investments. Defendants categorically deny that any money was "laundered" or that any funds invested on behalf of the Plaintiff were transferred to the Defendants for any nefarious purposes other than the investment of Plaintiff's funds as agreed to by Plaintiff.

 Other than the categorical denial of the allegations set forth in the letter and in the proposed amended complaint, the Defendants take no position with regard to the addition of Anthony Zingeralli as a defendant in this action.

         Very truly yours,

         Brad A. Schlossberg, Esq.

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)