UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
Kathleen McCauley, individually and on behalf of her IRA

**Defendant / Respondent:**
Vincent J. Camarda, James E. McArthur, Anthony Zigarelli, Windsor Capital Fund LLC, Windsor Capital Fund Manager, LLC, and AG Morgan Financial Advisors, LLC

**AFFIRMATION OF SERVICE**
Index No:
24 Civ. 24-cv-04943 NJC-ST

I, Ernest Dahl, affirm and say that I'm not a party herein, and I'm over 18 years old. That on Tue, Sep 15 2025, AT 09:54 PM, AT 4313 FANNIN DRIVE, IRVING, TX 75038 affirmant served the within Summons, Complaint, and Amended Complaint on Anthony Zigarelli,

[X] **Individual:** by delivering a true copy of each to said defendant, personally, affirmant knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to _____ personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's residence/place of business and the reply was affirmative.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40-45   Skin Color: Caucasian   Gender: Male   Weight: 170-180
Height: 5'9"   Hair: Bald   Eyes: ___   Relationship: ___

Comments: A Caucasian 40-45-year-old bald male answered the door. I asked if he was Anthony Zingarelli. He said it was late and shut the door. As he was closing the door, I let him know I was going to post the documents on the door. I went to my vehicle and prepped the documents for posting. I then posted the documents on the front door. As I was about to take a photo, the individual who answered the door went around the house and came up behind me, cornering me in the entryway, leaving me with no exit, and began attacking me with pepper spray. It temporarily blinded me, and he kept attacking me. I could not see if he had another weapon, and I was in fear for my life. He kept darting at me like he had a knife. I did not know if he had a knife or what. I pulled my weapon, hoping he would run away and let me get to my vehicle. It worked. I was so scared he was going to kill me. I then called 911 for Police presence. I could barely drive with one eye on a safe area.

_Ernest Dahl_

State of Texas   County of Collin
Subscribed and sworn before me on 9-16-2025
(Date)
_(Notary Signature)_

Pursuant to NY CPLR § 2106, I affirm this ___ day of SEPTEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

WILLIAM V SHARKOSKI III
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-27-28
Notary ID # 134925474