UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KATHERINE McCAULEY, Individually and.,
on behalf of her IRA,

                                      Plaintiff,

-against-

VINCENT J. CAMARDA, JAMES E. McARTHUR,
ANTHONY ZINGARELLI, WINDSOR CAPITAL FUND,
LLC, WINDSOR CAPITAL FUND MANAGER, LLC and
AGMORGAN FINANCIAL ADVISORS, LLC,

                                      Defendants.
---------------------------------------------------------------x

Docket No. 24-cv-04943
(NJC-ST)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the time within which Defendant Anthony Zingarelli may answer or otherwise move with respect to the first amended complaint herein (Docket Entry No. 24) is extended to and through October 26, 2025.

Dated: New York, New York
        October 6, 2025

                                      Frost & Miller, LLP

                                      By: _____
                                        Kenneth N. Miller
                                      Attorneys for Defendants
                                      260 Madison Avenue, 20th Floor
                                      New York, New York 10016
                                      (646) 597-6274; (646) 326-9049 (cell)
                                      kmiller@frostmillerllp.com

                                      Timothy J. Dennin, Esq.

                                      By: _____
                                      Attorney for Plaintiff
                                      316 Main Street
                                      Northport, NY 11768
                                      (516) 261-0250
                                      secatty@denninlaw.com

So Ordered:

_____
U.S.D.J.