UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHLEEN MCCAULEY, Individually and
On behalf of her IRA

                        Plaintiff,

           -against-

VINCENT J. CAMARDA, JAMES E.
McARTHUR, ANTHONY ZIGARELLI,
WINDSOR CAPITAL FUND, LLC,
WINDSOR CAPITAL FUND MANAGER, LLC,
and AG MORGAN FINANCIAL ADVISORS, LLC

                        Defendants.
-----------------------------------------------------------------X

Case No: 2:24-cv-04943-HG

**ANSWER TO AMENDED COMPLAINT**

      Vincent J. Camarda, James E. McArthur, Windsor Capital Fund, LLC, Windsor Capital Fund Manager, LLC and AG Morgan Financial Advisors, LLC (the "Answering Defendants") by their attorneys BFSNG Law Group, LLP, as and for their Answer to the Amended Complaint ("Amended Complaint") filed by Kathleen McCauley ("Plaintiff"), respond as follows:

      1.     Deny the allegations set forth in paragraph "1" of the Amended Complaint.

      2.     Admit the allegations set forth in paragraph "2" of the Amended Complaint for the purpose of jurisdiction and venue only. Answering Defendants deny the remaining allegations set forth in paragraph "2" of the Complaint.

      3.     Admit the allegations set forth in paragraph "3" of the Amended Complaint for the purpose of jurisdiction and venue only. Answering Defendants deny the remaining allegations set forth in paragraph "3" of the Complaint.

      4.     Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "4" of the Amended Complaint.

5. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "5" of the Amended Complaint.

6. Admit the allegations set forth in paragraph "6" of the Amended Complaint.

7. Deny the allegations set forth in paragraph "7" of the Amended Complaint.

8. Admit the allegations set forth in paragraph "8" of the Amended Complaint.

9. Deny the allegations set forth in paragraph "9" of the Amended Complaint.

10. Deny the allegations set forth in paragraph "10" of the Amended Complaint.

11. Deny each and every allegation contained in paragraph "11" of the Amended Complaint and refer the Court to the documents referenced herein.

12. Admit the allegations set forth in paragraph "12" of the Amended Complaint.

13. Admit the allegations set forth in paragraph "13" of the Amended Complaint.

14. Admit the allegations set forth in paragraph "14" of the Amended Complaint.

15. Admit the allegations set forth in paragraph "15" of the Amended Complaint.

16. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "16" of the Amended Complaint.

17. Admit the allegations set forth in paragraph "17" of the Amended Complaint.

18. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "18" of the Amended Complaint.

19. Deny the allegations set forth in paragraph "19" of the Amended Complaint.

20. Deny the allegations set forth in paragraph "20" of the Amended Complaint.

21. Deny the allegations set forth in paragraph "21" of the Amended Complaint.

22. Admit the money was wired but deny the balance of the allegations set forth in paragraph "22" of the Amended Complaint.

23. Deny each and every allegation contained in paragraph "23" of the Amended Complaint and refer the Court to the documents referenced therein.

24. Deny the allegations set forth in paragraph "24" of the Amended Complaint.

25. Deny each and every allegation contained in paragraph "25" of the Amended Complaint and refer the Court to the documents referenced therein.

26. Deny the allegations set forth in paragraph "26" of the Amended Complaint.

27. Deny the allegations set forth in paragraph "27" of the Amended Complaint.

28. Deny the allegations set forth in paragraph "28" of the Amended Complaint.

29. Deny the allegations set forth in paragraph "29" of the Amended Complaint.

30. Admit the allegations set forth in paragraph "30" of the Amended Complaint.

31. In responding to the allegations contained in paragraph "31" of the Amended Complaint, Answering Defendants refer the Court to the documents referenced therein.

32. Admit that emails were exchanged but deny the balance of the allegations set forth in paragraph "32" of the Amended Complaint.

33. Admit to receiving a formal demand but deny the balance of the allegations set forth in paragraph "33" of the Amended Complaint.

34. Admit the allegations set forth in paragraph "34" of the Amended Complaint.

35. Deny the allegations set forth in paragraph "35" of the Amended Complaint.

36. Deny each and every allegation contained in paragraph "35" of the Amended Complaint and refer the Court to the documents referenced therein.

37. In response to the allegations contained in paragraph "37" of the Amended Complaint, Answering Defendants refer the Court to the Amended Complaint herein.

38. Deny the allegations set forth in paragraph "38" of the Amended Complaint.

39. Admit the allegations contained in paragraph "39" of the Amended Complaint.

40. Deny the allegations set forth in paragraph "40" of the Amended Complaint.

41. Deny the allegations set forth in paragraph "41" of the Amended Complaint.

42. Deny the allegations set forth in paragraph "42" of the Amended Complaint.

43. Deny the allegations set forth in paragraph "43" of the Amended Complaint.

44. Deny the allegations set forth in paragraph "44" of the Amended Complaint.

45. In response to paragraph "45" of the Amended Complaint, repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "44" of the Amended Complaint as if fully set forth herein.

46. Deny the allegations set forth in paragraph "46" of the Amended Complaint.

47. Deny the allegations set forth in paragraph "47" of the Amended Complaint.

48. In response to paragraph "48" of the Amended Complaint repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "47" of the Amended Complaint as if fully set forth herein.

49. Deny the allegations set forth in paragraph "49" of the Amended Complaint.

50. Deny the allegations set forth in paragraph "50" of the Amended Complaint.

51. In response to paragraph "51" of the Amended Complaint, repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "50" of the Amended Complaint as if fully set forth herein.

52. Deny the allegations set forth in paragraph "52" of the Amended Complaint.

53. Deny the allegations set forth in paragraph "53" of the Amended Complaint.

54. Deny the allegations set forth in paragraph "54" of the Amended Complaint.

55. In response to paragraph "55" of the Amended Complaint, repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "54" of the Amended Complaint as if fully set forth herein.

56. Deny the allegations set forth in paragraph "56" of the Amended Complaint.

57. Deny the allegations set forth in paragraph "57" of the Amended Complaint.

58. Deny the allegations set forth in paragraph "58" of the Amended Complaint.

59. In response to paragraph "59" of the Amended Complaint, repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "58" of the Amended Complaint as if fully set forth herein.

60. Deny the allegations set forth in paragraph "60" of the Amended Complaint.

61. In response to paragraph "61" of the Amended Complaint, repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "60" of the Amended Complaint as if fully set forth herein.

62. Deny the allegations set forth in paragraph "62" of the Amended Complaint.

63. In response to paragraph "63" of the Amended Complaint, repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "62" of the Amended Complaint as if fully set forth herein.

64. Deny the allegations set forth in paragraph "64" of the Amended Complaint.

65. Deny the allegations set forth in paragraph "65" of the Amended Complaint.

66. In response to paragraph "66" of the Amended Complaint, repeat and reiterate each admission and denial set forth in response to paragraphs "1" through "65" of the Amended Complaint as if fully set forth herein.

67. Deny the allegations set forth in paragraph "67" of the Amended Complaint.

68. Deny the allegations set forth in paragraph "68" of the Amended Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because Answering Defendants acted at all times in good faith and/or did not know, and in the exercise of reasonable care could have known, or had any reasonable grounds to believe, that any misstatements or omissions of material fact existed in any statements, reports and/or filings allegedly issued or uttered by Answering Defendants.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims against Answering Defendants cannot be maintained because the conduct alleged in the Amended Complaint was not intentional, was believed to be lawful, proper, and fair, and was the result of mistake of fact or mistake of law.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims against Answering Defendants cannot be maintained because the alleged acts and/or omissions complained of, if any, were due to the fault of persons, factors, and circumstances presently unknown to Answering Defendants, over which they exercised no control, and for whose actions they were not responsible.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Answering Defendants cannot be maintained because superseding or intervening events, not caused by Answering Defendants, caused some or all of the alleged damages.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Answering Defendants are barred, in whole or in part, because any and all purported statements and/or actions attributed to Answering Defendants were immaterial.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Additional facts may be revealed by future discovery which support additional affirmative defenses presently available to, but unknown to, Answering Defendants. Therefore, Answering Defendants reserve the right to assert additional defenses in the event that investigation and discovery indicate that additional defenses are appropriate.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate damages.

WHEREFORE, Answering Defendants demand that an order be entered dismissing Plaintiff's Amended Complaint in its entirety, together with costs and disbursements, and such other and further relief as this court deems just and proper.

Dated: Syosset, New York
       November 10, 2025

BFSNG Law Group, LLP

By: _____
Heath S. Berger, Esq.
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
(516) 747-1136