# Frost & Miller, LLP

Attorneys at Law
260 Madison Avenue, 20th Floor
New York, New York 10016
Tel: (646) 597-6277
Fax: (212)448-0066

*VIA Electronic Mail*

February 6, 2026

Timothy J. Dennin, P.C.
Attorneys for Plaintiff
316 Main Street
Northport, New York 1768

Jennifer Vilca, Esq.
Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Attorneys for All Defendants except Anthony Zinarelli
6851 Jericho Turnpike
Suite 250
Syosset, NY 11791

      Re: *McCauley v. Camarda, et al.*
          <u>Case No. 2:24cv049443 NJC-ST</u>

Dear Counsellors:

    In accordance with Rule 5.2.7 of the Court's Individual Rules and receipt of your written consent to service by electronic mail, please find attached a Notice of Motion on behalf of our client, Defendant Anthony Zingarelli ("Zingarelli"), to dismiss the Amended Complaint against him on the grounds that pursuant to (a) Rule 12(b)(2) of the Federal Rules of Civil Procedure the Court lacks personal jurisdiction over Zingarelli and (b) Rule 12(b)(1) of the Federal Rules of Civil Procedure that as a matter of law the Amended Complaint fails to state a claim for relief against Zingarelli. Also, please find attached an affidavit by Mr. Zingarelli and a memorandum of law in support of the motion to dismiss.

                                        Very truly yours,

                                        Kenneth N. Miller